FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0065
_____

BRANDON MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald W. Flury, Judge.

July 8, 2026

PER CURIAM.

Brandon Moore appeals his convictions for burglary of a conveyance with a battery, burglary of a conveyance while armed, and aggravated battery. The State conceded error on Moore's claim that the two burglary convictions constituted double jeopardy. We agree and reverse. We reject Moore's claim that his prison releasee reoffender sentence violated the Sixth Amendment. *Hicks v. State*, 422 So. 3d 607 (Fla. 1st DCA 2025). We otherwise affirm the judgment and sentence.

AFFIRMED in part, REVERSED in part, and REMANDED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Luke Newman of Luke Newman, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.